

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00229-CV

Julia **MARQUEZ**,
Appellant

v.

**AUBURN CREEK APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-02144
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: August 6, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on June 23, 2025, but appellant failed to file her brief or a motion for extension of time by the due date. On June 30, 2025, we issued an order informing appellant that her brief was overdue and directing her to file her brief and a written response on or before July 23, 2025. We warned appellant that if her brief and the response were not filed by July 23, 2025, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to

timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). Appellant failed to file her brief or the response. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM